IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:95CR40 | USA v. Ranae Ann Ruma |
| 8:99CR16 | USA v. Toni L. Yager, Guillermo Aldaco, Jr., Inez Patricia Udero |
| 8:99CR125 | USA v. Christopher P. Sianis |
| 8:99CR224 | USA v. Dennis Tyndall |
| 8:00CR109 | USA v. Joahnie Escamilla |
| 8:00CR128 | USA v. Donald D. Mueller |
| 8:00CR225 | USA v. Joshua A. Sasse |
| 4:00CR252 | USA v. Mario Sanchez Nunez, Humberto Santos-Garcia, Roberto Arreguin-Rivera |
| 8:00CR281 | USA v. Donald Lupino |
| 8:00CR322 | USA v. Efrain Ruiz-Gomez |
| 8:00CR356 | USA v. Jeffrey Mark Hall |
| 8:01CR12 | USA v. Celso Tirado |
| 8:01CR54 | USA v. Peopleservice |
| 8:01CR73 | USA v. Richard Lewis |
| 8:01CR168 | USA v. Jamie Eugene Tuggle |
| 8:01CR272 | USA v. Curtis Anthony Holmes, Latayo Raymond Clark |
| 8:02CR83 | USA v. John Sedersten |
| 8:02CR84 | USA v. Angelo Barnes, Barbara Alstyne |
| 8:02CR210 | USA v. Perdis Cotton |
| 8:02CR213 | USA v. Terry Tyler |
| 8:02CR247 | USA v. Margie C. Chavez |
| 8:02CR277 | USA v. Richard Vierya |
| 8:02CR279 | USA v. Rafael Beltran-Arce, Antonio Beltran-Arce |
| 8:02CR341 | USA v. Kevin Charles |
| 8:02CR358 | USA v. Beatrice G. Lomeli |
| 8:02CR379 | USA v. Leonardo Perez-Llanes |
| 8:02CR392 | USA v. Kenneth Wolfe |
| 4:02CR3134 | USA v. James A. Money |
| 8:03CR5 | USA v. Wesley Earl Alleyne, Billy Jean Lee |
| 8:03CR23 | USA v. Keith A. Va Lerie |
| 8:03CR36 | USA v. Juan M. Rodriguez, Gypsy F. Rodriguez |
| 8:03CR50 | USA v. Martin Martinez-Noriega |
| 8:03CR84 | USA v. Chiwanda L. Williams |
| 8:03CR91 | USA v. Damion L. Davis |
| 8:03CR137 | USA v. Ryan Haynes, Catrina Larson |
| 8:03CR193/194 | USA v. Robert G. Fleck, Jr., Ken R. Fleck |
| 8:03CR258 | USA v. Mario Loren Aldrich |

| Case Number | Case Name |
|---|---|
| 8:03CR313 | USA v. Emilio Valdez |
| 8:03CR323 | USA v. Son Ngoc Nguyen |
| 8:03CR332/393 | USA v. Aaron M. Shanle |
| 8:03CR352 | USA v. Carmen Carde, William Hernandez |
| 8:03CR411 | USA v. Robert Cave |
| 8:03CR419 | USA v. Billy Douglas |
| 8:03CR460 | USA v. Eddie Ayon, Jesus Nicholas Rios |
| 8:03CR481 | USA v. Francisco Lozano |
| 8:03CR489 | USA v. Luis Zuleta |
| 8:03CR553 | USA v. Leonard G. Rhode |
| 8:03CR561 | USA v. Noe Lopez-Vargas, Fernando Rios-Serna, Armando Medina-Constantino |
| 8:03CR566 | USA v. Randy Evans |
| 8:03CR576 | USA v. Jesus Blanco |
| 8:03CR586 | USA v. John K. Hulit |
| 8:04CR21 | USA v. Oluwaseun David Oluyole |
| 8:04CR47 | USA v. Chad Pelley |
| 8:04CR105 | USA v. Thurman Griffin, Sr. |
| 8:04CR118 | USA v. Humberto Rivera-Moreno |
| 8:04CR164 | USA v. Michael Tucker |
| 8:04CR184 | USA v. James D. Olson |
| 8:04CR267 | USA v. Christopher Grant |
| 8:04CR288 | USA v. Mary S. Becerra |
| 8:04CR523 | USA v. Mary Moniz |
| 8:05CR63 | USA v. Mario Ramirez-Beltran |
| 8:05CR70 | USA v. Ginia J. Meissner |
| 8:05CR139 | USA v. Williams Andrews, Jr. |
| 8:05CR149 | USA v. Aaron Olivo |
| 8:05CR184 | USA v. Raul Ramirez |
| 8:05CR186 | USA v. Alan Sandman |
| 8:05CR301 | USA v. Victor M. Arista-Herrera |
| 8:05CR359 | USA v. Aymard N. Tchakounte |
| 8:06CR1 | USA v. John Dewey Lim |
| 8:06CR115 | USA v. Gene A. Boeka |
| 8:06CR136 | USA v. Donald Livingston |
| 8:06MJ161 | USA v. Jose Adelmo Juarez-Lima |
| 8:06CR194 | USA v. Conrad A. Jasper |
| 8:06CR217 | USA v. Eddie C. Shell |
| 8:06CR227 | USA v. Raymond L. Heisser |
| 8:06CR241 | USA v. Tyler S. Peneaux |

DATED this 13th day of June, 2007.

BY THE COURT

s/Joseph F. Bataillon
United States District Judge